IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS EUGENE AGUIRRE,                    No. CIV-S-99-2302 MCE JFM P

      Petitioner,

  v.                                      ORDER

SUZAN HUBBARD, WARDEN, ET AL.,

      Respondents.
_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's February 24, 2005 denial of his application for a writ of habeas corpus together with an application for a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.

1

1  28 U.S.C. § 2253(c)(3).

2  A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

8  Petitioner has made a substantial showing of the denial of a constitutional right in the following issue presented in the instant action: Whether his sentence of twenty-five years to life in prison constitutes cruel and unusual punishment in violation of the Eighth Amendment to the United States Constitution.  For the reasons set forth in the magistrate judge's January 21, 2005 findings and recommendations, Petitioner has not made a substantial showing of the denial of a constitutional right with respect to the other two claims raised in this action concerning alleged denials of his right to self-representation.

18  Accordingly, IT IS HEREBY ORDERED that:

19  1.  Petitioner's March 18, 2005 application for a certificate of appealability is granted in part and denied in part.

22  ///

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.

2

1    2.  A certificate of appealability is issued in the present
2 action for petitioner's claim that his prison sentence violates
3 the Eighth Amendment.
4    3. A certificate of appealability is not issued with respect
5 to petitioner's other two claims raised in this action concerning
6 alleged denials of his right to self-representation.
7 DATED: April 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE